1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) CASE NO. 2:07-cr-0298 MCE
                                 )
12            Plaintiff,         ) MOTION AND ORDER REGARDING THE
                                 ) ISSUANCE OF A FEDERAL ARREST
13       v.                      ) WARRANT
                                 )
14 STEPHEN LUCERO,               )
                                 )
15            Defendant.         )
   _____)
16

17      The United States, by and through Assistant United States
18 Attorney Heiko P. Coppola, hereby requests that this Court issue
19 a Federal warrant for defendant Lucero's arrest in the above-
20 entitled case.  This motion is based upon the following facts:
21      1.  On or about June 7, 2007, this Court issued a warrant
22 for defendant Lucero's arrest after reviewing a criminal
23 complaint and making a finding of probable cause.
24      2.  On or about July 5, 2007, defendant Lucero and co-
25 defendant Jesus Lupian were indicted by the Grand Jury, thus
26 effectively superseding the complaint and arrest warrant issued
27 by this Court on June 7, 2007.
28 ///

1

3. During indictment returns on or about July 5, 2007, the Government erroneously informed this Court that defendant Lucero was in Federal custody. In actuality, defendant Lucero is in State custody. Defendant Lucero is currently housed in the San Joaquin County Jail on State charges unrelated to this case. Defendant Lupian is in Federal custody and will be arraigned, as scheduled on July 12, 2007.

4. In order for defendant Lucero to be brought before this Court and arraigned, a new arrest warrant, based upon the current indictment, must be issued.

DATED: July 11, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

ORDER

Based upon the facts presented in the above motion, this Court hereby orders that an arrest warrant for defendant Lucero be immediately issued.

IT IS SO ORDERED.

DATED: July 11, 2007

EDMUND F. BRENNAN
United State Magistrate Judge