McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-CR-00298 MCE |
| ) | |
| Plaintiff, ) | ORDER REFERRING DEFENDANT TO |
| ) | BUREAU OF PRISONS FOR MENTAL |
| v. ) | EXAMINATION PURSUANT TO 18 U.S.C. |
| ) | §§ 4241(a), 4247(b) and (c) |
| STEPHEN LUCERO, ) | |
| ) | DATE: April 3, 2008 |
| Defendant. ) | TIME: 9:00 a.m. |
| _____) | COURT: Hon. Morrison C. England |

At the request of the parties, this matter was placed on the calendar for status conference on April 3, 2008. Assistant U.S. Attorney Heiko P. Coppola appeared on behalf of the government. The defendant appeared, in custody, with his attorney, Christopher Haydn-Myer. The parties moved for a hearing to determine the defendant's mental competency, pursuant to 18 U.S.C. § 4241(a), and moved that the defendant be referred to the Bureau of Prisons for a mental examination and report, pursuant to 18 U.S.C. § 4241(b). The prosecutor made a proffer supporting that motion. Defense counsel also made a proffer in support of the motion. The Court found there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally

1

1  incompetent to understand the nature and consequences of the
2  proceedings against him or to assist properly in his defense.  It is
3  therefore ordered as follows:
4      1.  Pursuant to 18 U.S.C. § 4241(b), the defendant is referred
5  to the Bureau of Prisons for a psychiatric or psychological
6  examination and report in accordance with the provisions of 18
7  U.S.C. § 4247(b) and (c) to assist the Court in determining the
8  defendant's mental competence.
9      Under 18 U.S.C. § 4247(b), the psychiatric or psychological
10 examination shall be completed by a licensed or certified
11 psychiatrist or psychologist.  The examining psychiatrist or
12 psychologist shall prepare a report which shall be submitted to the
13 Court with copies to the attorney for the government and the
14 attorney for the defendant, as follows:

    Attorney for the government:
    Heiko P. Coppola
    Assistant U.S. Attorney
    501 I Street, Room 10-100
    Sacramento, CA  95814
    (916) 554-2792

    Attorney for the defendant:
    Christopher Haydn-Myer
    Attorney at Law
    1809 19th Street
    Sacramento, CA 95814
    (916) 622-1703

The report shall include the following information:

    (1) the defendant's history and present symptoms;

    (2) a description of the psychiatric, psychological, and
medical tests that were employed and their results;

    (3) the examiner's findings; and

    (4) the examiner's opinions as to diagnosis, prognosis, and

        (A) whether the defendant is suffering from a mental
disease or defect rendering him mentally incompetent to the extent

2

that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    2.  A status conference is scheduled for Thursday, May 8, 2008, at 9:00 a.m., to check on the progress of the above referral.

    3.  Time is excluded from the Speedy Trial Act calculation for the delay resulting from the proceedings, including the examination, to determine the defendant's mental competency, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code A.

    4.  The Clerk of the Court shall serve a copy of this order on the United States Marshal, who shall immediately coordinate with the Bureau of Prisons to effectuate the defendant's transfer to an appropriate facility as soon as possible.  The Clerk of the Court shall also serve a copy of this order on the Bureau of Prisons.

    5.  The trial confirmation date of April 17, 2008 and the jury trial date of May 12, 2008 are hereby vacated.

    IT IS SO ORDERED.

Dated: April 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE