1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   STEPHEN LUCERO
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,    ) No. 2:07-cr-00298-MCE
                                )
11              Plaintiff,      ) STIPULATION; ORDER
                                )
12     v.                       )
                                ) DATE: May 8, 2008
13 STEPHEN LUCERO,              ) TIME: 9:00 a.m.
                                ) COURT: Hon. Morrison C. England,
14              Defendant.      )        Jr.
                                )
15 _____)
                                )
16                              )

17      Defendant, STEPHEN LUCERO, through Christopher Haydn-Myer,

18 Attorney At Law, and the United States of America, through Assistant

19 U.S. Attorney Heiko Coppola, agree as follows:

20      It is hereby stipulated that the status conference currently set

21 for May 8th, 2008, be vacated and a new status conference be scheduled

22 on May 22, 2008 at 9:00 a.m.

23      It is further stipulated and agreed between the parties that the

24 time under the Speedy Trial Act should be excluded from today's date to

25 May 22th, 2008, under Local Code A. Counsel spoke with Mr. Lucero, and

26 Mr. Lucero's medical advisor, and it is believed by counsel that Mr.

27 Lucero will still be in Los Angeles undergoing medical evaluations ON

28 May 8th.

1  If Mr. Lucero is brought back to the Sacramento County jail before May
2  22, 2008, counsel will immediately notify the government.
3
4  Dated: May 6, 2008
5                                          Respectfully submitted,
6                                          /s/ Christopher Haydn-Myer
7                                          _____
                                           CHRISTOPHER HAYDN-MYER
                                           Attorney for Defendant
8                                          STEPHEN LUCERO

9  DATED: May 6, 2008                      McGREGOR W. SCOTT
                                           United States Attorney
10 _____
                                           /S/ Christopher Haydn-Myer for
11                                         HEIKO COPPOLA
                                           Assistant U.S. Attorney
12                                         Attorney for Plaintiff

13
                             **ORDER**
14
   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
15
   currently set for May 8th, 2008, be vacated and a new status conference
16
   be scheduled on May 22, 2008 at 9:00 a.m., and the time under the Speedy
17
   Trial Act should be excluded from today's date to May 22, 2008, under
18
   Local Code A because of Mr. Lucero's medical evaluations currently being
19
   conducted in Los Angeles.
20
21  Dated: May 9, 2008
22
23                                         _____
                                           MORRISON C. ENGLAND, JR.
24                                         UNITED STATES DISTRICT JUDGE
25
26
27
28                                     2