```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
STEPHEN LUCERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>STEPHEN LUCERO,                     )<br>                                    )<br>            Defendant.              )<br>                                    )<br>_____ )<br>                                    ) | No. 2:07-cr-00298 MCE<br><br>STIPULATION; ORDER<br><br>DATE: June 5, 2008<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

    Defendant, STEPHEN LUCERO, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Heiko Coppola, agree as follows:

    It is hereby stipulated that the status conference currently set for June 5th, 2008, be vacated and a new status conference be scheduled on June 12, 2008 at 9:00 a.m.

    It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to June 12th, 2008, under Local Code A. Counsel spoke with Mr. Lucero, and Mr. Lucero's medical advisor, and it is believed that the medical evaluation reports are not completed.

Dated: June 5, 2008

                                              Respectfully submitted,

                                              /s/ Christopher Haydn-Myer
                                              _____
                                              CHRISTOPHER HAYDN-MYER
                                              Attorney for Defendant
                                              STEPHEN LUCERO

DATED: June 5, 2008                          McGREGOR W. SCOTT
                                              United States Attorney

                                              /S/ Christopher Haydn-Myer for
                                              HEIKO COPPOLA
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for June 5th, 2008, be vacated and a new status conference be scheduled on June 12, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to June 12, 2008, under Local Code A because Mr. Lucero's medical evaluations are not completed.

Dated: June 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2