CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
STEPHEN LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-00298-MCE |
| Plaintiff, | ) | STIPULATION; ORDER |
| v. | ) | |
| STEPHEN LUCERO, | ) | DATE: July 3, 2008 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | COURT: Hon. Morrison C. England, Jr. |
| _____ | ) | |

Defendant, STEPHEN LUCERO, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Heiko Coppola, agree as follows:

It is hereby stipulated that the status conference currently set for July 3rd, 2008, be vacated and a new status conference be scheduled on July 24th, 2008 at 9:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to July 24th, 2008, under Local Code A. Counsel believes that medical evaluation reports are not completed as of today's date, and the additional two weeks are necessary for the examining physician to complete a full analysis of Mr. Lucero to determine whether or not he

is competent.

Dated: July 2, 2008

                                          Respectfully submitted,

                                          /s/ Christopher Haydn-Myer

                                          _____
                                          CHRISTOPHER HAYDN-MYER
                                          Attorney for Defendant
                                          STEPHEN LUCERO

DATED: July 2, 2008                   McGREGOR W. SCOTT
                                          United States Attorney

                                          /S/ Christopher Haydn-Myer for
                                          HEIKO COPPOLA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for July 3, 2008, be vacated and a new status conference be scheduled on July 24th, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to July 24th, 2008, under Local Code A because Mr. Lucero's medical evaluations are not completed.

Dated: July 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2