1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   STEPHEN LUCERO
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )  No. 2:07-cr-00298 MCE
                                    )
11            Plaintiff,            )  STIPULATION; ORDER
                                    )
12     v.                           )
                                    )  DATE: July 24, 2008
13 STEPHEN LUCERO,                  )  TIME: 9:00 a.m.
                                    )  COURT: Hon. Morrison C. England,
14            Defendant.            )         Jr.
                                    )
15 _____  )
                                    )
16                                  )

17      Defendant, STEPHEN LUCERO, through Christopher Haydn-Myer,

18 Attorney At Law, and the United States of America, through Assistant

19 U.S. Attorney Heiko Coppola, agree as follows:

20      It is hereby stipulated that the status conference currently set

21 for July 24th, 2008, be vacated and a new status conference be

22 scheduled on August 7th, 2008 at 9:00 a.m.

23      It is further stipulated and agreed between the parties that the

24 time under the Speedy Trial Act should be excluded from today's date to

25 August 7th, 2008, under Local Code A. Counsel believes that medical

26 evaluation reports are not completed as of today's date, and the

27 additional two weeks are necessary for the examining physician to

28 complete a full analysis of Mr. Lucero to determine whether or not he

is competent.

Dated: July 22, 2008

                                              Respectfully submitted,

                                              /s/ Christopher Haydn-Myer

                                              _____
                                              CHRISTOPHER HAYDN-MYER
                                              Attorney for Defendant
                                              STEPHEN LUCERO

DATED: July 22, 2008          McGREGOR W. SCOTT
                                              United States Attorney

                                              /S/ Christopher Haydn-Myer for
                                              HEIKO COPPOLA
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for July 24th, 2008, be vacated and a new status conference be scheduled on August 7th, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to August 7th, 2008, under Local Code A because Mr. Lucero's medical evaluations are not completed.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE