McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,           )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br>STEPHEN LUCERO,                     )<br>                                    )<br>          Defendant.                )<br>_____) | Case No. 2:07-CR-298 MCE<br><br>**ORDER FINDING DEFENDANT<br>MENTALLY COMPETENT** |

On April 3, 2008, on the motion of the parties and pursuant to 18 U.S.C. §§ 4241(a), 4247(b) and (c) this Court ordered that the defendant undergo a mental competence evaluation. Two forensic psychological reports from separate examiners were prepared and submitted to the Court. Each report concluded that the defendant was competent and did not suffer from a mental disease or defect that rendered him incompetent to understand the nature and consequences of the proceedings against him or assist properly in his defense. On August 14, 2008, the parties appeared before this Court and submitted the matter without further arguments based upon the findings in the reports. This

1 Court has read and considered both forensic psychological reports
2 in reaching the following conclusion.
3    Based upon the forensic psychological reports submitted,
4 this Court finds that the defendant is mentally competent and
5 does not suffer from a mental disease or defect that renders him
6 incompetent to understand the nature and consequences of the
7 proceedings against him or assist properly in his defense.  The
8 effective date of this order is August 14, 2008.
9    IT IS SO ORDERED.

Dated: September 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE