```
DINA L. SANTOS, SBN 204200
A PROFESSIONAL LAW CORPORATION
428 J STREET, SUITE 359
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
STEPHEN LUCERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,   )<br>  )<br>       v.                    )<br>  )<br>STEPHEN LUCERO,              )<br>  )<br>             Defendant.    )<br>_____) | Case Number 2:07-cr-00298-MCE<br><br>**APPLICATION FOR ORDER DIRECTING THE GOVERNMENT TO RELEASE SAMPLES OF CONTROLLED SUBSTANCE FOR INDEPENDENT DEFENSE RETESTING; DECLARATION OF COUNSEL, AND ORDER.** |

**APPLICATION**

Mr. Lucero has been charged with conspiracy to distribute heroin. According to the government, the mixture of drugs seized in this case contained only 1% purity of actual heroin.  In order to prepare for Mr. Lucero's defense, the substance needs to be tested by an independent laboratory.

The undersigned has spoken with Judy Stewart Forensic Analytic Laboratory, in Hayward, California.  From the undersigned's discussions with the laboratory, the lab must analyze various portions of the sample to determine the purity. See declaration of Dina L. Santos.

The DEA Laboratory requires a court order which specifies the

following: 1.) That the defense expert is authorized to receive and evaluate controlled substances, 2.) The amount/weight of the samples to be transported, 3.) That the defense expert is to return the unused portion of the samples within 10 days after the independent testing is performed, and 4.) That the court is directing DEA Western Laboratory to transmit the samples to the defense expert.

Based upon the significance of the determination of the purity of the heroin that was seized in the instant case, and based upon the 1% level of purity offered by the government, defendant respectfully requests this court to issue an order directing the DEA's Western Laboratory to furnish Forensic Analytical Laboratory, with a representative composite sample from the drugs seized in this case.

Respectfully submitted,

Dated: November 3, 2008         _____/S/_____
                                DINA L. SANTOS, ESQ.
                                Attorney for STEPHEN LUCERO

## DECLARATION OF DINA L. SANTOS

I, Dina L. Santos, hereby declare as follows:

1. I am the attorney for STEPHEN LUCERO in the case of United States v. STEPHEN LUCERO, CR-S 07-00298 MCE.

2. All factual representations in the accompanying application are true and accurate.

3. I spoke with Ms. Judy Stewart, FORENSIC ANALYTICAL LABORATORY. Ms. Stewart is authorized to receive and analyze controlled substances. Her DEA Registration Number is RF1093778.

///
///

2

1  I declare under penalty of perjury that the foregoing is true and
2  correct.
3  Dated: November 3, 2008         /S/Dina L. Santos
                                   DINA L. SANTOS
4                                  Attorney for STEPHEN LUCERO

```
DINA L. SANTOS, SBN 204200
LAW OFFICE OF DINA L. SANTOS
428 J STREET, SUITE 359
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
STEPHEN LUCERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number 2:07-cr-00298-MCE |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO PRODUCE REPRESENTATIVE** |
| v. ) | **SAMPLE FOR TESTING BY DEFENSE** |
| ) | **EXPERT** |
| STEPHEN LUCERO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

UPON THE DEFENDANTS MOTION for an order which requires the Government to produce a representative sample of the following exhibit(s), to-wit:

Exhibit Number                    DEA Laboratory Number
   *50*                                *7141163*

as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED, having the Case File No. R3-07-0010, and dated 12/10/07, for qualitative analysis and identification of the controlled substance contained therein by a defense expert, AND UPON THIS COURTS CONSIDERATION of the arguments and pleadings filed,

IT IS HEREBY ORDERED and DECREED in accordance with FED.R.CRIM.P 16(a)(1)(E), that the Government shall allow the defense to

4

1  independently inspect and analyze a representative sample from the
2  above-described drug exhibits; and

3     IT IS FURTHER ORDERED that the Government shall deliver, in a
4  manner consistent with the type and quantity of controlled substance at
5  issue, a representative sample in the amount of 500 mg or not less than
6  one-half (1/2) the current reserve weight, if less than 1 gram
7  presently remains as the reserve weight, from each of the above-
8  described exhibits to *Ms. Judy Stewart*, DEA License No. RF1093778
9  of FORENSIC ANALYTICAL LABORATORY, located at 3777 Depot Road, Suite
10 409, Hayward, California 94545, Telephone Number 510-887-8828.  The DEA
11 Western Laboratory shall arrange the delivery of said representative
12 sample(s) on or before November 14, 2008, to *Judy Stewart*, of the
13 *FORENSIC ANALYTICAL Laboratory*; and

14    IT IS FURTHER ORDERED, that upon delivery of the representative
15 sample for each of the exhibit(s) identified above to the defense
16 expert, the defense expert shall conduct the qualitative analyses and
17 identification ordered herein, and shall provide the Government with an
18 *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. § 1746,
19 executed by the individual who conducted the analyses, or the head of
20 the facility where the analyses occurred, which states the quantity of
21 each exhibit consumed during testing, and either the weight of each
22 exhibit returned to the Government, or a statement that all sample was
23 consumed during testing; and

24    IT IS FURTHER ORDERED that all remaining material of the
25 sample(s), after testing, is to be returned by *FORENSIC ANALYTICAL*
26 *LABORATORY* to the DEA Western Laboratory via registered U.S. mail,
27 return receipt requested, or approved commercial carrier, within five
28 (5) business days after the completion of analyses; and

1    IT IS FURTHER ORDERED, in accordance with FED. R. CRIM. P. 16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order: and

   IT IS FURTHER ORDERED, that *FORENSIC ANALYTICAL LABORATORY* is to safeguard the representative sample(s) received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

   IT IS SO ORDERED.

Dated: November 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE