```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
STEPHEN LUCERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>STEPHEN LUCERO<br>     Defendant.<br>_____ | ) 2:07-cr-0298-MCE<br>)<br>)<br>)<br>) STIPULATION AND ORDER VACATING<br>) DATE, CONTINUING CASE, AND<br>) EXCLUDING TIME<br>)<br>)<br>) Date:  October 29, 2008<br>) Time:  9:00 a.m.<br>  Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Stephen Lucero, that the status conference scheduled for October 2, 2008, be vacated and the matter be continued to this Court's criminal calendar on October 29, 2008, at 9:00 a.m, for further status.

This continuance is requested by the defense for continued preparation, further investigation, client consultation and negotiations with the prosecution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 29, 2008 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: September 25, 2008        /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 STEPHEN LUCERO

Dated: September 25, 2008           /S/ Heiko Coppola
                                 HEIKO COPPOLA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2